```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03137
   AGAPITO ROMERO
   YOLANDA ROMERO                           CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-4122    SSN XXX-XX-2064
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/23/07 and confirmed on 05/10/07.

2. The case was converted to Chapter 7 after confirmation, 02/06/2008.

3. The Debtor paid a total of $ 7093.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 918.56 | .00 | 918.56 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 4992.08 | .00 | 209.59 |
| AMERICAN EAGLE BANK | SECURED VEHIC | 10055.22 | 765.24 | 2919.17 |
| KANE COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DUNDEE DERMATOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EQUINOX FINANCIAL CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 417.30 | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3209.42 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 974.50 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NEW FAMILY DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 732.58 | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| THE BUREAUS INC | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1230.37 | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS DEPT REVENUE       UNSECURED         1675.76              .00            .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  15965.86         .00      8239.93           .00       24205.79
PRINCIPAL PAID       4047.32         .00          .00           .00        4047.32
INTEREST PAID         765.24         .00          .00           .00         765.24
TOTAL PAID           4812.56         .00          .00           .00        4812.56
```

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    280.44 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 05/20/08                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE